UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| DAVID PAUL HOWSON, and ) | Case No. 16-70666-AKM-13 |
| RACHEL RENEE HOWSON ) | |
| Debtor(s) ) | |

## MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION PURSUANT TO §1329(d) AND NOTICE OF OBJECTION DEADLINE

The Debtor(s), David Paul Howson and Rachel Renee Howson, by counsel, James R. Wiesneth Jr., hereby moves the Court, pursuant to 11 U.S.C. §1329, to modify the plan that was confirmed on November 29, 2016, as follows:

1. That on July 22, 2016, the Debtor(s) filed a Voluntary Petition for Chapter 13 Bankruptcy in this Court along with a sixty (60) month Plan.

2. That the Debtors' Amended Chapter 13 Plan (Docket # 17) (filed on October 4, 2016) required a plan payment of $550.00 monthly for 60-months, with a base amount of $33,000.00.

3. That on November 29, 2016, this Court confirmed the Debtors' (October 4, 2016) Amended Chapter 13 Plan (Docket # 24).

4. That the Debtor(s) has/have recently informed the undersigned counsel that their disposable income has been negatively impacted as a result of the COVID-19 pandemic. The Debtor(s) assert(s) that some of these changes in circumstances are a "material financial hardship" suffered as a direct or indirect result of COVID-19 pandemic. See attached affidavit.

5. The CARES Act added a new §1329(d) to the Bankruptcy Code. That section provides in part that a debtor experiencing a material financial hardship due, directly, or indirectly, to the COVID-19 pandemic may request plan modifications, including an extension of time, not to exceed seven years after the first plan payment was due, within which to make plan payments. The new section applies only to cases with a plan confirmed on or before the effective date of the CARES Act – March 27, 2021.

6. That as of January 31, 2022, the Debtors have paid a total of $33,606.30 into the Chapter 13 bankruptcy plan.

7. That the debtors' confirmed plan is currently underfunded to pay all the required secured and priority claims.

8. The Debtor(s) suggests that to cure the underfunding of the Chapter 13 plan, it is appropriate to modify the Debtors' confirmed plan. The proposed payment schedule is as follows:

|  |  |
|---|---|
| Payment amount: | $33,000.00 Total Paid through January 2022, $750.00 per month for 18 months beginning February 2022. |
| Plan term: | 84 months |
| Plan base: | $46,500.00 |

9.　　That the attorney for the debtor(s) be granted an additional non-base legal fee of $1,200.00, said fee is to be paid by the Trustee out of the funds paid by the debtor(s) into the Plan.

10.　　All other terms and conditions of the confirmed plan are incorporated and shall remain in full force and effect.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

**U.S. Bankruptcy Court**
**352 Federal Building**
**101 NW Martin L. King, Jr. Blvd.**
**Evansville, IN  47708**

The objecting party must ensure delivery of the objection to the party filing the motion, (the trustee – if not the movant or the objector)(and the debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

　　　　WHEREFORE, the Debtor(s), David Paul Howson and Rachel Renee Howson, by counsel, James R. Wiesneth Jr., respectfully prays the Court to enter an Order Modifying Chapter 13 Plan for the reasons stated herein and for all other just and proper relief in the premises.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ James R. Wiesneth Jr.
　　　　　　　　　　　　　　　　　　　　　　　　James R. Wiesneth Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)

**WIESNETH LAW OFFICES, P.C.**
P.O. Box 3148
Terre Haute, IN 47803
(812) 234-4300
(812) 234-4303 (fax)
e-mail: jrw@wiesnethlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **January 31, 2022**, a copy of the foregoing Motion to Modify Chapter 13 Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Heather M. Crockett, from Office of the Attorney General
On behalf of: Indiana Department of Workforce Development
Heather.Crockett@atg.in.gov

Richard W Lorenz, from Hickam & Lorenz, P.C.
On behalf of: Owen County Court Services
lgreenwell@hickamlorenz.com

Robert P. Musgrave, Office of Robert P. Musgrave
Standing Chapter 13 Trustee
ecf@chap13evv.com

Office of U.S. Trustee
Ustpregion10.in.ecf@usdoj.gov

I further certify that on or about **February 1, 2022,** a copy of the foregoing Motion to Modify Chapter 13 Plan was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

David & Rachel Howson
PO Box 105
Poseyville, IN 47633

I further certify that on or about **February 1, 2022**, a copy of the foregoing Motion to Modify Chapter 13 Plan was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

See Attached Matrix

/s/ James R. Wiesneth Jr.
James R. Wiesneth Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-3<br>Case 16-70666-AKM-13<br>Southern District of Indiana<br>Evansville<br>Mon Jan 31 20:13:03 EST 2022 | Indiana Department of Workforce Development<br>10 North Senate Avenue<br>Indianapolis, IN 46204-2277 | Owen County Court Services<br>c/o Richard W. Lorenz<br>P O Box 46<br>Spencer, IN 47460-0046 |
| A1 Townhomes<br>P.O. Box 145<br>Bloomington, IN 47402-0145 | AT&T<br>P.O. Box 5093<br>Carol Stream, IL 60197-5093 | AT&T Wireless<br>P.O. Box 10330<br>Fort Wayne, IN 46851-0330 |
| Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Allied Collection Serv<br>1607 Central Ave<br>Columbus, IN 47201-5370 |
| America's Car-Mart INC<br>PO BOX 2580<br>Bentonville, AR 72712-7701 | Applegate McDonald & Assoc<br>P.O. Box 2627<br>Bloomington, IN 47402-2627 | Ars<br>1801 Nw 66th Ave<br>Fort Lauderdal, FL 33313-4571 |
| Bedford Ob/Gyn<br>613 25th St<br>Bedford, IN 47421 | Bloomington Accounts Service<br>P.O. Box 1471<br>Bloomington, IN 47402-1471 | Bloomington Emergency Group<br>200 Corporate Blvd, #201<br>Lafayette, LA 70508-3870 |
| Brandon Roberts<br>2351 E 500 S<br>Princeton, IN 47670-9236 | Bryan Cogswell, Attorney<br>520 N. Walnut St<br>Bloomington, IN 47404-3804 | Bull City<br>2609 N Duke St Ste 500<br>Durham, NC 27704-0015 |
| Car-Mart of Henderson<br>2749 US Highway 41 North<br>Henderson, KY 42420-2046 | Cash-pro Inc<br>Attn: Bankruptcy<br>Po Box 5469<br>Evansville, IN 47716-5469 | Coghlan Orthodontics<br>2911 E. Covenanter Dr<br>Bloomington, IN 47401-6320 |
| (p)COLLECTION ASSOCIATES LLC<br>PO BOX 349<br>GREENSBURG IN 47240-0349 | Colonial Auto Finance<br>802 Se Plaza Ave Ste 114<br>Bentonville, AR 72712-3220 | Comcast Cablevision<br>11988 Exit 5 Parkway<br>Fishers, IN 46037-7939 |
| Comfort Inn North<br>19622 Elpers Rd<br>Evansville, IN 47725-8591 | Credit Collection<br>Po Box 607<br>Norwood, MA 02062-0607 | Deaconess Women's Hospital<br>4199 Gateway Blvd<br>Newburgh, IN 47630-8940 |
| Deckard Homes & Apts<br>P.O. box 110<br>Bloomington, IN 47402-0110 | Duke Energy<br>P.O. Box 1326<br>Charlotte, NC 28201-1326 | EQUIFAX<br>ATTN: PUBLIC RECORDS DEPT.<br>PO BOX 740241<br>ATLANTA, GA 30374-0241 |

| | | |
|---|---|---|
| EXPERIAN<br>ATTN: PUBLIC RECORDS DEPT.<br>PO BOX 9701<br>ALLEN, TX 75013-9701 | Emergency Prof of Indiana<br>P.O. Box 740023<br>Cincinnati, OH 45274-0023 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Evansville Radiology<br>Collection Department<br>611 Harriet St<br>Evansville, IN 47710-1773 | Gibson General Hospital<br>1808 Sherman Drive<br>Princeton, IN 47670-1000 | (p)G L A COLLECTION CO INC<br>PO BOX 588<br>GREENSBURG IN 47240-0588 |
| Harris<br>111 West Jackson B<br>Chicago, IL 60604-4135 | Hoosier Accounts Service<br>PO Box 4007<br>Evansville, IN 47724-0007 | Hoosier Acct<br>315 N Main<br>Evansville, IN 47711-5415 |
| I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Imc Credit<br>6955 Hillsdale Ct<br>Indianapolis, IN 46250-2054 |
| (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | (p)INDIANA DEPARTMENT OF WORKFORCE DEVELOPMEN<br>ATTENTION LILLIAN BAILEY<br>10 N SENATE AVENUE SE109<br>INDIANAPOLIS IN 46204-2201 | Indiana University Health System<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MLA Law Offices<br>3450 S Halsted St, Ste 209<br>Chicago, IL 60608-6869 | Mba Law Offices/capio<br>2222 Texoma Pkwy Ste 160<br>Sherman, TX 75090-2482 |
| Melissa Patterson<br>5780 Biscayne Dr<br>Ellettsville, IN 47429 | (p)MONROE HOSPITAL LLC<br>4011 S MONROE MEDICAL PARK BLVD<br>BLOOMINGTON IN 47403-8000 | Ohio Valley Pathologist<br>P.O. Box 3024<br>Evansville, IN 47747-0001 |
| Owen County Circuit Ct-State of IN<br>Atty Richard Lorenz, P.O. Box 46<br>Cause #60C01-0512-FD-00560<br>Spencer, IN 47460 | Pinnacle Credit Servic<br>Po Box 640<br>Hopkins, MN 55343-0640 | Pinnacle Credit Services, LLC its successors<br>assigns as assignee of Cellco<br>Partnership d/b/a Verizon Wireless<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Premier Credit of North America<br>P.O. Box 19309<br>Indianapolis, IN 46219-0309 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RMP/FORMERLY COLLECTION ASSOCIATES<br>PO BOX 349<br>1809 N BROADWAY<br>GREENSBURG, IN 47240-8217 | Receivable Recovery Pa<br>1041 Shelby St<br>Indianapolis, IN 46203-1153 |

Richard M Sandefur MD
4199 Gateway Blvd, #2400
Newburgh, IN 47630-7972

SCI-REMC
300 Morton Ave
Martinsville, IN 46151-2472

Sac Finance, Inc
6642 Saint Joe Rd
Fort Wayne, IN 46835-1933

Southern Indiana Imaging Consultants
P.O. Box 138
Evansville, IN 47701-0138

Southern Indiana Physicians
P.O. Box 1329
Bloomington, IN 47402-1329

Stellar Recovery Inc
1327 Hwy 2 W
Kalispell, MT 59901-3432

Strickler Radiology  Llc
1462 E Commander Ct
Bloomington, IN 47401-9343

Sullivan County Community Hospital
C/O Modesitt Law Office, PC
401 Ohio Street
Terre Haute, IN 47807-3529

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TRANS UNION CORPORATION
ATTN: PUBLIC RECORDS DEPT
PO BOX 2000
CHESTER, PA 19016-2000

Tds-Poseyville
4184 High St
Wadesville, IN 47638

The Stark Collection A
6425 Odana Rd
Madison, WI 53719-1189

Thomas Law Firm
1710 N. Main St, Ste A
Auburn, IN 46706-1073

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204-1903

Vectren
100 N Governor
Evansville, IN 47713

Victoria Select Insurance Comp
22901 Millcreek Blvd
Beachwood, OH 44122-5728

WESTLAKE FINANCIAL SERVICES
4751 WILSHIRE BLVD
SUITE 100
LOS ANGELES, CA 90010-3847

Westlake Financial Svc
4751 Wilshire Bvld
Los Angeles, CA 90010-3847

Wiesneth Law Offices, PC
PO Box 3148
Terre Haute, IN 47803-0148

David P Howson
PO Box 105
Poseyville, IN 47633-0105

James Raymond Wiesneth Jr.
Wiesneth Law Offices, P.C.
PO Box 3148
Terre Haute, IN 47803-0148

Rachel Renee Howson
PO Box 105
Poseyville, IN 47633-0105

Robert P. Musgrave
Office of Robert P. Musgrave
P. O. Box 972
Evansville, IN 47706-0972

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Collection Associates
1809 N Broadway St
Greensburg, IN 47240

Gla Collection Co Inc
2630 Gleeson Ln
Louisville, KY 40299

Indiana Department of Revenue
100 N. Senate Ave, Room N203-Bankruptcy
Indianapolis, IN 46204

| | | |
|---|---|---|
| Indiana Department of Workforce Developm<br>10 N. Senate Ave<br>Indianapolis, IN 46204-2277 | Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Monroe Hospital<br>4011 S Monroe Medical Park Blvd<br>Bloomington, IN 47403 | T-MOBILE<br>BANKRUPTCY DEPT.<br>PO BOX 37380<br>ALBUQUERQUE, NM 87176 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deckard Homes and Apartments | (d)Owen County Court Services<br>c/o Richard W. Lorenz<br>P O Box 46<br>Spencer, IN 47460-0046 | End of Label Matrix<br>Mailable recipients    82<br>Bypassed recipients    2<br>Total                 84 |