**SO ORDERED: March 1, 2022.**



**Andrea K. McCord**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
|     DAVID P HOWSON | ) CASE NO.16-70666–AKM-13 |
|     RACHEL RENEE HOWSON | ) |
|         DEBTOR(S) | ) |

### ORDER GRANTING DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

**Comes Now** the Court on the debtors' Motion to Modify Chapter 13 Plan filed on January 31, 2022 (Doc. #41), and such motion having been duly noticed and no objections having been filed the Court does now

**ORDER** that:

1. The debtors' plan is modified as follows:

    a. The plan payments are adjusted to a total of $33,000.00 paid through and including January 2022;
    b. The plan payments are increased from $550.00 per month to $750.00 per month, commencing February 2022; and
    c. The plan term is extended to 84 months.

2. In all other respects, debtors' plan as confirmed remains in full force and effect.

###